948

No. 460, Misc. TUMBIOLO *v.* NEW JERSEY. Supreme Court of New Jersey. Certiorari denied.

No. 461, Misc. HOWARD *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 463, Misc. MILAM *v.* WEST VIRGINIA. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 464, Misc. CARROLL *v.* RAGEN, WARDEN. Circuit Court of Will County, Illinois. Certiorari denied.

No. 465, Misc. FARLEY *v.* SKEEN, WARDEN. Supreme Court of Appeals of West Virginia. Certiorari denied.

No. 469, Misc. LUNDBERG *v.* JACQUES, WARDEN. Supreme Court of Michigan. Certiorari denied.

No. 471, Misc. BROWNING *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 473, Misc. SMITH *v.* ROVER ET AL. United States District Court for the District of Columbia. Certiorari denied.

No. 474, Misc. DAVIS *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied.

No. 478, Misc. GASTON *v.* MICHIGAN. Supreme Court of Michigan. Certiorari denied.

No. 486, Misc. SMITH *v.* BANNAN, WARDEN. Supreme Court of Michigan. Certiorari denied.